UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LA CARRIERS, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-266 |
| GULF SOUTH MARINE TRANSPORTATION, INC., ETAL. | SECTION: "I" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

New Orleans, Louisiana, this 10TH day of August, 2000.

/s/ Harry A. McCarthy, Jr.
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 1 1 2000